**LAW OFFICE OF STEWART KATZ**
STEWART KATZ, State Bar #127425
GUY DANILOWITZ State Bar # 257733
555 University Avenue, Suite 270
Sacramento, California 95825
Telephone: (916) 444-5678

Attorneys for Plaintiff
THOMAS DIAS

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS DIAS,<br><br>     Plaintiff,<br><br>  vs.<br><br>California Highway Patrol Officer RAUL REYNA, JR. (#16632); California Highway Patrol Captain DARREN IKETANI (#9630); California Highway Patrol Lieutenant DAN SEAMAN (16370) and DOES 1 through 30, inclusive,<br><br>     Defendants.<br>_____/ | NO. 2:11–CV–2364–WBS–KJN<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE THE HEARING OF DEFENDANTS' MOTION TO DISMISS**<br><br>Date:     December 5, 2011<br>Time:     2:00 p.m.<br>Courtroom: 5<br>Judge:    Hon. William B. Shubb |

The parties to the above-referenced action by and through their undersigned attorneys hereby stipulate and respectfully request the Court to continue the hearing on Defendants Raul Reyna, Darren Iketani and Dan Seaman's Motion to Dismiss which is currently scheduled to be heard on December 5, 2011 at 2:00 p.m.

The parties are requesting that the hearings on this matter be continued to January 17, 2012 at 2:00 p.m. for the convenience of Plaintiff's counsel which counsel for Defendants graciously does not oppose. This action was filed on September 6, 2011 and a Status (Pretrial) Scheduling) Conference is currently scheduled for January 9, 2012. Continuing the hearings to

Dias – Stipulation to Continue Hearing         1

1   January 17, 2012 will not affect the schedule in this case.   **The <u>Scheduling Conference is</u>**
2   **<u>continued to February 21, 2012 at 2:00 p.m.</u>**

4   DATED:  November 8, 2011			LAW OFFICE OF STEWART KATZ

				By:	/s/ Stewart Katz
					STEWART KATZ
					Attorney for Plaintiff Thomas Dias

DATED: November 8, 2011			KAMALA D. HARRIS
					ATTORNEY GENERAL OF CALIFORNIA

				By:	/s/ Catherine Woodbridge Guess
					CATHERINE WOODBRIDGE GUESS
					Deputy Attorney General
					Attorney for Defendants Raul Reyna, Darren
					Iketani and Dan Seaman

**IT IS SO ORDERED.**

DATED:   November 8, 2011

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE