UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| THOMAS DIAS, | NO. CIV. 2:11-2364 WBS KJN |
| Plaintiff, | |
| v. | ORDER RE: MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT |
| California Highway Patrol Officer RAUL REYNA, JR. (#16632); California Highway Patrol Captain DARREN IKETANI (#9630); California Highway Patrol Lieutenant DAN SEAMAN (16370) and DOES 1 through 30, inclusive, | |
| Defendants. | |

----oo0oo----

Because oral argument will not be of assistance to the court in ruling on plaintiff's motion for leave to file a First Amended Complaint, the hearing date of January 30, 2012, is VACATED pursuant to Local Rule 230(g) and the court will take the motion under submission without oral argument.

1

1     Rule 15(a) provides that parties may amend their
2  pleadings "only with the opposing party's written consent or the
3  court's leave.  The court should freely give leave when justice
4  so requires."  Fed. R. Civ. P. 15(a)(2).  As a general matter,
5  leave to amend should be granted with "extreme liberality."  <u>DCD</u>
6  <u>Programs, Ltd. v. Leighton</u>, 833 F.2d 183, 186 (9th Cir. 1987)
7  (citation omitted).  "Four factors are commonly used to determine
8  the propriety of a motion for leave to amend.  These are: bad
9  faith, undue delay, prejudice to the opposing party, and futility
10 of amendment."  <u>Id.</u>  "The party opposing amendment bears the
11 burden of showing prejudice."  <u>DCD Programs</u>, 833 F.2d at 187.
12     Defendants filed a statement of non-opposition to
13 plaintiff's motion for leave to file a First Amended Complaint.
14 (Docket No. 16.)  A statement of non-opposition is filed by "[a]
15 responding party who has no opposition to the granting of the
16 motion."  Local R. 230(c).  The court will therefore grant
17 plaintiff's motion for leave to amend his Complaint.
18     IT IS THEREFORE ORDERED that plaintiff's motion for
19 leave to file a First Amended Complaint be, and the same hereby
20 is, GRANTED.
21     Plaintiff shall file his amended complaint, a copy of
22 which was attached as an exhibit his motion for leave to amend,
23 within ten days of the date of this Order.
24 DATED:  January 23, 2012

                    _____
                    WILLIAM B. SHUBB
                    UNITED STATES DISTRICT JUDGE