1

2

3

4

5

6

7

8            IN THE UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10   THOMAS DIAS,

11            Plaintiff,              No. 2:11-cv-2364 WBS KJN

12      v.

13   RAUL REYNA, JR. et al.,

14            Defendants.            <u>ORDER</u>
     _____/

15

16            Presently before the court are plaintiff's motions to compel production of

17   documents pursuant to a subpoena to the California Highway Patrol ("CHP") and pursuant to

18   document requests propounded on defendants, noticed for hearing on November 15, 2012.  (Dkt.

19   Nos. 24, 25.)  It appears that the parties are not using the joint statement procedure under Local

20   Rule 251, because plaintiff is alleging that the CHP and defendants provided no documents in

21   response to the subpoena.  Accordingly, for clarification purposes, any opposition to plaintiff's

22   ////

23   ////

24   ////

25   ////

26   ////

1

1  motions shall be filed no later than November 1, 2012.  Any reply brief shall be filed no later

2  than November 8, 2012.

3          IT IS SO ORDERED.

4  DATED:  October 18, 2012

5

6

                                        _____
7                                       KENDALL J. NEWMAN
                                        UNITED STATES MAGISTRATE JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26