IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

THOMAS DIAS,

      Plaintiff,                  No. 2:11-cv-2364 WBS KJN

    v.

RAUL REYNA, JR. et al.,

      Defendants.            ORDER

          On November 13, 2012, the parties filed a stipulation and proposed order to modify the scheduling order. (Dkt. No. 36.)[1] In actual fact, the stipulation does not seek to change any dates currently set by the district judge, but merely requests that a settlement conference be scheduled before the undersigned. (Id.) The parties' stipulation asserts that the parties explicitly waive, pursuant to Local Rule 270(b), any claim of disqualification based on the undersigned, as the assigned magistrate judge, conducting the settlement conference. (Id.)

////

////

---

[1] The district judge's scheduling order provides that "[a]ny requests to modify the dates or terms of this Scheduling Order, except requests to change the date of the trial, may be heard and decided by the assigned Magistrate Judge." (Dkt. No. 23 at 4-5.)

1

Accordingly, IT IS HEREBY ORDERED that:

1. A settlement conference is set for December 3, 2012, at 9:00 a.m., before the undersigned. In addition to counsel, a client representative(s) with full settlement authority shall be <u>personally present</u> at the settlement conference.

2. The parties shall file settlement conference statements drafted in conformity with Local Rule 270 no later than seven (7) days before the settlement conference.

3. Nothing in this order modifies any of the presently set deadlines in the district judge's scheduling order.

IT IS SO ORDERED.

DATED: November 15, 2012

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE