IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

THOMAS DIAS,

    Plaintiff,                    No. 2:11-cv-2364 WBS KJN

    v.

RAUL REYNA, JR. et al.,         <u>ORDER</u>

    Defendants.
_____/

        In light of the settlement reached at the December 3, 2012 settlement conference (dkt. no. 40), and for purposes of clarification, IT IS HEREBY ORDERED that the California Highway Patrol's motion to modify and/or quash the subpoena issued by plaintiff (dkt. no. 35) is DENIED WITHOUT PREJUDICE as moot.

DATED: December 6, 2012

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

1