**LAW OFFICE OF STEWART KATZ**
STEWART KATZ, State Bar #127425
555 University Avenue, Suite 270
Sacramento, California 95825
Telephone: (916) 444-5678
Facsimile: (916) 444-3364

Attorney for Plaintiff
THOMAS DIAS

### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS DIAS, | NO. 2:11-CV-2364-WBS-KJN |
| Plaintiff, | |
| vs. | **STIPULATION FOR DISMISSAL; [PROPOSED] ORDER** |
| California Highway Patrol Officer RAUL REYNA, JR. (#16632); California Highway Patrol Captain DARREN IKETANI (#9630); California Highway Patrol Lieutenant DAN SEAMAN (16370) and DOES 1 through 30, inclusive, | |
| Defendants. | |
| _____ / | |

IT IS HEREBY STIPULATED and agreed by and between Plaintiff THOMAS DIAS and Defendants RAUL REYNA, JR., DARREN IKETANI and DAN SEAMAN, by and through their undersigned counsel, that any and all claims against Defendants RAUL REYNA, JR., DARREN IKETANI and DAN SEAMAN be dismissed with prejudice pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.

Each party is to bear its/his own fees and costs, including all attorneys' fees.

///

| | |
|---|---|
| Dated: March 7, 2013 | LAW OFFICE OF STEWART KATZ |
| | /s/ Stewart Katz |
| | Stewart Katz<br>Attorney for Plaintiff,<br>THOMAS DIAS |

Dated: March 7, 2013                KAMALA D. HARRIS
                                    ATTORNEY GENERAL OF CALIFORNIA

                            By:     /s/Catherine Woodbridge Guess
                                    CATHERINE WOODBRIDGE GUESS
                                    Deputy Attorney General
                                    Attorney for Defendants RAUL REYNA, JR.,
                                    DARREN IKETANI and DAN SEAMAN

## ORDER DISMISSING ACTION

**IT IS SO ORDERED.** This action against Defendants RAUL REYNA, JR., DARREN IKETANI and DAN SEAMAN is dismissed with prejudice. All parties to bear its own costs and attorneys' fees.

Dated: March 8, 2013

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE